UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY J. CLEMENS,

    Plaintiff,

v.

NATIONAL ELECTRICAL BENEFIT
FUND,

    Defendant.
_____/

Case No. 1:07-cv-406

Hon. Wendell A. Miles

### ORDER OF DISMISSAL

This Court having sent to counsel for plaintiff a notice of impending dismissal for failure to serve, and the Court having received no response;

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby DISMISSED without prejudice.

IT IS SO ORDERED.


Dated: September 21, 2007            /s/ Wendell A. Miles
                                                       Wendell A. Miles
                                                       Senior U.S. District Judge